**6**

James YOUNG v. STATE. (No. 11678.)
Court of Criminal Appeals of Texas. April 18, 1928. Commissioners' Decision. Appeal from Criminal District Court, Harris County; Whit Boyd, Judge. Frank Williford, Jr., of Houston, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. A duly verified affidavit, in proper form, made by the sheriff of Harris county, has been filed in this court, showing the death of appellant pending the appeal of this case. By reason of such fact, the appeal must be abated; and it is accordingly so ordered.

**7**

Roy YOUNG v. STATE. (No. 11816.) Court of Criminal Appeals of Texas. May 2, 1928. Appeal from District Court, Collingsworth County; C. C. Small, Judge. R. H. Cocke, of Wellington, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for felony theft; punishment, two years in the penitentiary. The record is before us, with neither statement of

facts nor bills of exception. The verdict of the jury, the judgment of the court and the sentence, the indictment, and charge all appear to conform to the law. No error appearing, an affirmance will be ordered.